**Patricia T. PATTERSON,
Plaintiff–Appellant,**

v.

**Kenneth A. RICHSTAD, Clerk of Court, Defendant–Appellee.**

**No. 10–1350.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 10, 2010.

Patricia T. Patterson, Appellant Pro Se. Andrew Lindemann, Davidson, Morrison & Lindemann, PA, Columbia, South Carolina, for Appellee.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia T. Patterson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Patterson v. Richstad,* No. 0:09–cv–02051–MBS, 2010 WL 793692 (D.S.C. filed Mar. 5; entered Mar.

8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*